Raquel Chavez
6298 3rd Street
San Francisco, CA 94124

Plaintiff in Pro Per



# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAQUEL CHAVEZ, | CIVIL NO. 3:10-CV-05818-JSW |
| Plaintiff, | STIPULATION EXTENDING TIME FOR FILING MOTION FOR SUMMARY JUDGMENT OR REMAND |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

The parties hereto, by and through their undersigned attorneys hereby stipulate that Plaintiff, Raquel Chavez, shall have an additional ninety days, through September 1, 2011, in which to file and serve a motion for summary judgment or remand in this action. This extension is necessary to permit Plaintiff to find an attorney to represent her in this matter.

Dated: 5/16/11         By: _____
                           Plaintiff in Pro Per

Dated: 5/16/11         By: _____
                           Special Assistant United States Attorney

**SO ORDERED**
Dated: May 20, 2011    By: _____
                           United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAQUEL CHAVEZ,

        Plaintiff,

v.

MICHAEL J ASTRUE et al,

        Defendant.

Case Number: CV10-05818 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 20, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raquel Chavez
6298 3rd Street
San Francisco, CA 94124

Dated: May 20, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk